**E-FILED on**   8/20/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. ZAMANI, an individual and NANCY MILLER-WALLACE (formerly NANCY ZAMANI), an individual , <br><br> Plaintiffs, <br><br> v. <br><br> H. GENE CARNES, an individual, PHILLIP CARNES, an individual, JENNIFER CARNES, an individual, KATHRYN SCHALLER, an individual, and KEVIN SCHALLER, an individual, <br><br> Defendants. | Case No. C-03-00852 RMW <br><br> Related Case No. C-00-20084 RMW <br><br> ORDER DISMISSING CASE FOR FAILURE TO DILIGENTLY PROSECUTE |

This case came on regularly for the pretrial conference on August 20, 2008. Plaintiff Michael A. Zamani appeared own his on behalf. Plaintiff Nancy Miller-Wallace did not appear. James Hales, Esq. of Rowe & Hales appeared on behalf of all defendants. Plaintiffs failed to file any pretrial papers and Plaintiff Michael Zamani stated he was unable to go forward and requested that the court dismiss the case without prejudice if it was unwilling to continue the case. The court found no reasonable basis for a continuance and determined that given the status of the case it should be dismissed with prejudice. Therefore,

ORDER DISMISSING ACTION—C-03-00852 RMW

1     IT IS HEREBY ORDERED that the case is dismissed in its entirety with prejudice. The
2 court retains jurisdiction to enforce the settlement, if any, between Nancy Miller-Wallace and
3 defendants.

5 DATED:     8/20/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING ACTION—C-03-00852 RMW
2

**Notice of this document has been sent to:**

**Counsel for Plaintiff(s):**

Michael A Zamani
2214 Fruitdale Avenue
San Jose, CA 95128
PRO SE

Nancy Miller-Wallace
760 Griffin Oaks Drive
Central Point, OR 97502
PRO SE

**Notice of this document has been electronically sent to:**

**Counsel for Defendant(s):**

James R. Hales        jim@rowehales.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     8/20/08                              /s/ MAG
                                          **Chambers of Judge Whyte**

ORDER DISMISSING ACTION—C-03-00852 RMW
3