*E-FILED - 10/15/08*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. ZAMANI, an individual and NANCY MILLER-WALLACE (Formerly NANCY ZAMANI), an individual,<br><br>　　　　Plaintiffs<br><br>　　vs.<br><br>H. GENE CARNES, an individual, PHILLIP CARNES, an individual, JENNIFER CARNES, an individual, KATHRYN SCHALLER, an individual, and KEVIN SCHALLER, an individual,<br><br>　　　　Defendants<br>_____/ | Case No.:   C-03 00852 RMW<br><br>Related Case No.: C-00 20084 RMW<br><br>**ORDER PURSUANT TO STIPULATION CONTINUING HEARING ON MOTION FOR ATTORNEY'S FEES AND COSTS UNTIL NOVEMBER 21, 2008**<br><br>Hearing Date:　November 21, 2008<br>Time:　　　　　9:00 a.m.<br>Judge:　　　　 Ronald M. Whyte |

PURSUANT TO STIPULATION, IT IS SO ORDERED, that the hearing on the Defendants' Motion for Attorney's Fees and Costs is continued from October 17, 2008 at 9:00 a.m. until November 21, 2008 at 9:00 a.m.

Dated this 15 day of October, 2008

*Ronald M. Whyte*
_____
HON. DISTRICT COURT JUDGE