**E-FILED on**    11/10/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. ZAMANI, an individual and NANCY MILLER-WALLACE (formerly NANCY ZAMANI), an individual, <br><br> Plaintiffs, <br><br> v. <br><br> H. GENE CARNES, an individual, PHILLIP CARNES, an individual, JENNIFER CARNES, an individual, KATHRYN SCHALLER, an individual, and KEVIN SCHALLER, an individual, <br><br> Defendants. | Case No. C-03-00852 RMW <br><br> ORDER VACATING HEARING DATE |

Defendant's motion for attorney's fees and costs presently set for hearing on November 21, 2008 is hereby submitted on the papers without oral argument. *See* Civil L.R. 7-1(b). The hearing date of November 21, 2008 is vacated. If, upon consideration of the matter, the court deems that oral argument is necessary or would be helpful to the court, the matter will be reset for hearing no earlier than December 5, 2008.

DATED:    11/10/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—C-03-00852 RMW

1  **Notice of this document has been sent to:**

2  **Counsel for Plaintiff(s):**

3  Michael A Zamani
   2214 Fruitdale Avenue
4  San Jose, CA 95128
   PRO SE
5
   Nancy Miller-Wallace
6  760 Griffin Oaks Drive
   Central Point, OR 97502
7  PRO SE

8
   **Notice of this document has been electronically sent to:**
9
   **Counsel for Defendant(s):**
10
   James R. Hales          jim@rowehales.com
11

12
   Counsel are responsible for distributing copies of this document to co-counsel that have not
13 registered for e-filing under the court's CM/ECF program.

14

15 **Dated:**        11/10/08                              /s/ JAS
                                                    **Chambers of Judge Whyte**
16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT—C-03-00852 RMW