E-FILED on 09/05/09

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL A. ZAMANI, an individual and NANCY MILLER-WALLACE (Formerly NANCY ZAMANI), an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>H. GENE CARNES, an individual, PHILLIP CARNES, an individual, JENNIFER CARNES, an individual, KATHRYN SCHALLER, an individual, and KEVIN SCHALLER, an individual,<br><br>Defendants. | Case No.: C-03 00852 RMW<br>Related Case No.: C-00 20084 RMW<br>JUDGMENT |

On August 25, 2009, the court issued its Order Awarding Attorney's Fees and Costs. Therefore,

IT IS HEREBY ORDERED that judgment is hereby entered in favor of defendants and against plaintiff NANCY MILER-WALLACE (formerly NANCY ZAMANI) in the sum of $174,802.80.

DATED: 09/05/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge